O

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ELTON THOMPSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>E. ARNOLD, Warden,<br><br>　　　　Respondent. | Case No.: EDCV 16-01667-JGB (JDE)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: October 25, 2017

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　United States District Judge